UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
NOV 0 5 2014

PER _____
DEPUTY CLERK

DARNELL LAMONT DOSS, :
:
Plaintiff :
:
v. : CIVIL NO. 3:CV-14-0287
:
DAUPHIN COUNTY PRISON, : (Judge Kosik)
:
Defendant :

## ORDER

NOW, THIS 5TH DAY OF NOVEMBER, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 5) is **granted.**

2. The claims against Defendant are dismissed under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

3. The Clerk of Court is directed to **close this case**.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith

EDWIN M. KOSIK
United States District Judge